# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:18-cr-00018 |
| | : | |
| Plaintiff, | : | District Judge Walter H. Rice |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| | : | |
| EDGAR GARCIA RODRIGUEZ, | : | |
| | : | |
| Defendant. | : | |
| | : | |

---

## DECISION AND ENTRY

---

This matter came before the Court for hearing on March 19, 2018 before United States Magistrate Judge Sharon L. Ovington, who thereafter issued a Report and Recommendations. (Doc. #15).   Having conducted a full colloquy with Defendant Edgar Garcia Rodriguez, the Magistrate Judge concluded that Defendant's plea of guilty is knowing, intelligent, and voluntary, and that there is an adequate factual basis for a finding of guilty as to Count I of the Information.

The Court, noting that no Objections to the Report and Recommendations have been filed and that the time for filing Objections has expired, hereby ADOPTS in full said Report and Recommendations.

Therefore, based on the aforesaid, and this Court's de novo review of the record and the findings by the United States Magistrate Judge, this Court adopts the findings and recommendations of the Magistrate Judge, and finds that Defendant Edgar Garcia

Rodriguez's guilty plea was knowing, voluntary and intelligent. Defendant is FOUND

GUILTY as charged of the offense to which he pled—specifically, Count I of the

Information, as a previously removed alien found in the United States subsequent to a felony

conviction in violation of 8 U.S.C. §§ 1382(a) and (b)(1).

Walter Herbert Rice
United States District Judge